

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-18-2011

# Conspirators v. Chandan Vora

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-1032

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Conspirators v. Chandan Vora" (2011). *2011 Decisions.* Paper 1231.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1231

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ALD-173                                                              NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1032
_____

CONSPIRATORS

v.

DR. CHANDAN S. VORA,
                    Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 09-00275)
District Judge:  Honorable Gustave Diamond

_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
April 28, 2011
Before:  SCIRICA, HARDIMAN AND VANASKIE, Circuit Judges

(Opinion filed:  May 18, 2011)
_____

OPINION
_____

PER CURIAM

     Dr. Chandan S. Vora appeals from the orders of the United States District Court

for the Western District of Pennsylvania denying her motion to file a motion for re-

hearing of the court's prior order dismissing her petition for removal.

Dr. Vora filed a petition for removal, which the District Court dismissed for lack of jurisdiction and as otherwise frivolous under 28 U.S.C. § 1915(e)(2)(B). This Court dismissed Dr. Vora's appeal under § 1915(e)(2)(B). Conspirators v. Vora, C.A. No. 09-4608 (3d Cir. Mar. 4, 2010). On November 22, 2010, Dr. Vora filed a motion for an extension of time to file a motion for re-hearing of the District Court's dismissal of her removal petition, which the District Court denied as moot in light of our judgment dismissing Dr. Vora's related appeal, and pursuant to a pre-filing injunction issued in 2008. See In re Chandan S. Vora, Misc. No. 08-mc-00104 (W.D. Pa. Oct. 21, 2008) (prohibiting Dr. Vora from filing "any motions and pleadings and other documents in cases that have been dismissed and closed by the district court and that subsequently have been appealed" to this Court). Dr. Vora filed this timely appeal.

We have jurisdiction over this appeal pursuant to 28 U.S.C. § 1291. Upon de novo review of the record and careful consideration of Dr. Vora's notice of appeal and other submissions, we conclude that there is no substantial question presented on appeal and that summary action is warranted. See LAR 27.4 and I.O.P. 10.6. We need not decide whether the pre-filing injunction comports with Abdul-Akbar v. Watson, 901 F.2d 329, 333 (3d Cir. 1990). Assuming without deciding that the pre-filing injunction does not apply here, the District Court properly denied Dr. Vora's motion for an extension of time as moot based on our dismissal of her appeal of the same court order upon which she ultimately sought a rehearing.

Accordingly, we will summarily affirm the District Court judgment.

2